FILED
United States Court of Appeals
Tenth Circuit

April 29, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

MEGAN HSIEH, an individual,

    Plaintiff - Appellant/Cross-
    Appellee,

v.

STATE OF OKLAHOMA ex rel. THE
BOARD OF REGENTS FOR THE
UNIVERSITY OF OKLAHOMA, et al.,

    Defendants - Appellees/Cross-
    Appellants.

Nos. 26-6063 & 26-6070
(D.C. No. 5:25-CV-01160-J)
(W.D. Okla.)

_____

**ORDER**
_____

These cross-appeals each challenge aspects of the district court's order denying plaintiff-appellant Megan Hsieh's motion for preliminary injunction. [*See* DC Dkt. No. 48]. The court has completed its initial review of the docketing statement in Appeal No. 26-6063 and the district court's docket, which docket shows that—within 28 days after the district court entered the order on appeal—Ms. Hsieh filed a motion asking the district court to reconsider its denial of her motion for preliminary injunction. [*See* DC Dkt. Nos. 54, 55]. The district court has yet to rule on Ms. Hsieh's motion for reconsideration. Accordingly, the court abates these appeals pending the district court's disposition of DC Dkt. No. 54.

Once the district court has ruled on DC Dkt. No. 54: (1) the Clerk of the district court shall supplement the preliminary record as Tenth Circuit Rule 3.2(B) requires; and (2) this court will provide the parties with additional directives regarding the prosecution of these appeals.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk